CHARLES W. RISHEL, Respondent, v. ANTONIO ERRIGO and Others, Defendants. JOSEPH D. TEDESCHI Co., INC., Appellant.— Order denying motion to dismiss affirmed, with ten dollars costs and disbursements. Order directing that case be placed on the calendar for the term commencing March 16, 1931, modified to read for the next regular term of the court in Broome county; and as so modified affirmed. All concur.

## FOURTH DEPARTMENT, SEPTEMBER, 1931.

JOSEPH A. BROWN, Plaintiff, v. HARRY ABBOTT, JR., Defendant. WILDER REALTY COMPANY, Creditor, Appellant.— Motion to resettle order of June 30, 1931, granted, so as to provide that the residue of the fund shall be paid to the plaintiff. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOSEF GMITEREK, Appellant, v. BUFFALO TRUST COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ERNEST B. WALKER, Appellant, v. CHARLES C. ROOSA and Others, Respondents. —Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CECILIA KRAFSKY, Plaintiff, v. NEW YORK CENTRAL RAILROAD COMPANY and Another, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MINNIE E. TRAVIS, Appellant, v. ALBERT C. HAWLEY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossings at Grade of the Railroads Operated by ERIE RAILROAD COMPANY and INTERNATIONAL RAILWAY COMPANY and Colvin Boulevard and Shell Road, in the Town of Tonawanda, Erie County (Case No. 4719).— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, ·Taylor, Edgcomb and Thompson, JJ.

JOSEPH CHAVEZ, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. — Order entered upon stipulation, substituting Peter Bialik as administrator of Joseph Chavez, deceased, as plaintiff, respondent.— Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FRANCIS J. WILSON, Appellant, v. SEARS, ROEBUCK & COMPANY, INCORPORATED, and Others, Respondents.— Motion granted and appeals dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

RICHARD SUTRO and Others, Respondents, v. CHARLES C. ZENK, Appellant.— Motion granted and appeal dismissed, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ISAAC J. KAMAN, Respondent, v. MENG & SHAFER COMPANY, INCORPORATED, and Another, Appellants, and FRANCIS X. YEOMAN, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BOYANN, Respondent, v. LOUISE MEYER, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.